Impleaded with UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., of CLAYTON ADELBERT BECKER, Deceased, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BENJAMIN YEDWABNIK, an Infant, by HENRY YEDWABNIK, His Guardian ad Litem, and HENRY YEDWABNIK, Respondents, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MAX SADKER, Appellant, v. SAMUEL I. BRANDT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JOHN EGGERS and MARIA EGGERS, Appellants, v. VINCENZO MADONNA, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ROBERT B. SEGAL, Appellant, v. MAX KOMRAD and Others, Respondents.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Estate of JOSEPH S. RODE, an Incompetent. ADOLPH C. RODE, Committee, Appellant; SYDNEY H. HARRIS, Attorney for Accounting Administrator Respondent; JOHN A. BOLLES, Special Guardian, Respondent.— Order reversed, without costs, and the compensation awarded to Sydney H. Harris, attorney for the administrator, reduced to the sum of $250; and the compensation awarded to John A. Bolles, as special guardian, reduced to the sum of $250. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

SEVENTY-FOURTH STREET MANHATTAN CORPORATION, Respondent, v. LLOYDS CASUALTY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

SEVENTY-FOURTH STREET MANHATTAN CORPORATION, Respondent, v. LLOYDS CASUALTY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LIBBIE FISCHER, Appellant, v. WILLIAM A. FISCHER, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion for a bill of particulars with respect to items stated in order denied. No opinion. Verified bill of particulars to be served within fifteen days from service of order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

C. ARTHUR ARNSTEIN and SADYE J. KRAMER, as Executors, etc., of BEN KAPLAN, Deceased, v. 141 CONSTRUCTION CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JUICHI KONO, as Ancillary Temporary Administrator, etc., of HISASHI FUJIMURA, an Absentee, etc., v. GUSTAV A. ROETH and HERNDON THROWING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.